USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/19/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA THERESE HILL; DIANE
SCHREIBMAN DUBERSTEIN,

                              Plaintiffs,

              -against-

UNITED FEDERATION OF TEACHERS
(UFT); MICHAEL MULGREW, President,
UFT; GEOFF SORKIN, Executive Director,
UFT Welfare Fund; LEROY BARR, UFT
Secretary; THOMAS MURPHY, Retired
Teachers Chapter Leader; DEBRA PENNY,
UFT Treasurer; DAVID HICKEY, CFO,

                              Defendants.

1:21-CV-2077

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to: (1) the United Federation of

Teachers ("UFT"), (2) UFT President Michael Mulgrew, (3) UFT Welfare Fund Executive

Director Geoff Sorkin, (4) UFT Secretary Leroy Barr, (5) UFT Retired Teachers Chapter Leader

Thomas Murphy, (6) UFT Treasurer Debra Penny, and (7) UFT General Manager and Chief

Financial Officer David Hickey. Plaintiffs are directed to serve summonses and the complaint on

the defendants within 90 days of the issuance of the summonses. If within those 90 days,

Plaintiffs have not either served the defendants or requested an extension of time to do so, the

Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules

of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to each plaintiff, together with an information package.

SO ORDERED.

Dated:   April 19, 2021
         New York, New York

_____
GREGORY H. WOODS
United States District Judge